# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| RICHARD GRADY | CIVIL ACTION NO. 10-719-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN JERRY GOODWIN | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the written response (Record Document 10) filed by Petitioner,[1] and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 15th day of February, 2011.

_S. MAURICE HICKS, JR._
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's letter response to the Report and Recommendation seems to indicate that he wishes to abandon his Section 2254 petition. See Record Document 10.